Emil A. Denz, Plaintiff-Appellee, v. George Gavora, Defendant-Appellant.

Gen. No. 48,195.

First District, Third Division.

September 27, 1961.

Gorski, Hassell, Daley & Sinden, of Chicago, for appellant; Greenstein and Solotke, of Chicago (Gerald M. Chapman and Manuel Solotke, of Chicago, of counsel), for appellee. Opinion by JUSTICE DEMPSEY. **Not to be published in full.**